# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| JAMES R. DUNCAN, | Civil No. 12-1947 (JRT/FLN) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| CRAIG GREGORY AND PEOPLE SERVING PEOPLE, INCORPORATED, | |
| Defendants. | |

James Duncan, 550 Snelling Avenue North, Apartment #607, St. Paul, MN 55104, plaintiff *pro se*.

Krista Hatcher, Richard Ross, and David Gray Waytz, **FREDRIKSON & BYRON, PA,** 200 South Sixth Street, Suite 4000, Minneapolis, MN 55402, for defendants.

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge Franklin L. Noel. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Defendants' Motion to Dismiss [Docket No. 11] is **GRANTED**;

2. The case is **DISMISSED WITH PREJUDICE.**

**LET JUDGMENT BE ENTERED ACCORDLINGLY**

DATED:  June 3, 2013
at Minneapolis, Minnesota                                     ____s/John R. Tunheim_____
                                                                                   JOHN R. TUNHEIM
                                                                                United States District Judge